## Richland Milling Company, Appellant, v. Lane Brothers & Erwin, Appellees.

### (Not to be reported in full.)

Appeal from the Circuit Court of Williamson county; the Hon. N. O. POTTER, Judge, presiding. Heard in this court at the March term, 1917. Reversed and remanded. Opinion filed June 18, 1917.

## Statement of the Case.

Action by the Richland Milling Company, a corporation, plaintiff, against Lane Brothers & Erwin, defendants, to recover on an amount for feed sold by plaintiff to defendants. Defendants interposed a plea of set-off exceeding plaintiff's claim on an account for labor performed by defendants and another person, under a contract with plaintiff. From a judgment for $92.06 in favor of defendants, plaintiff appeals.

W. W. SKAGGS and JAMES O. MILLER, for appellant.

No appearance for appellees.

MR. JUSTICE HIGBEE delivered the opinion of the court.

## Abstract of the Decision.

1. APPEAL AND ERROR, § 1787*—*when reversal proper.* Failure on the part of the appellee to file a brief will cause a reversal under Rule 27 of the Appellate Court rules.

2. SET-OFF AND RECOUPMENT, § 14*—*when account is not subject of set-off.* An account due to two parties cannot be the subject of a set-off in an action against only one of said parties.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.